UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:18-cr-178-J-34MCR

18 U.S.C. § 641

FELMOR AGATEP

### INFORMATION

The United States Attorney charges:

### COUNT ONE

#### A. Introduction

At all times material to this Information:

1. FELMOR AGATEP was a licensed physician who resided and practiced medicine in the Middle District of Florida.

2. TRICARE was a federal health insurance program that provided coverage for U.S. military members, retirees, and their family members.

3. The Defense Health Agency, an agency within the United States Department of Defense, managed the TRICARE health plan.

#### B. The Charge

4. Beginning on or about December 12, 2014, and continuing through on or about January 31, 2015, in the Middle District of Florida, and elsewhere, the defendant,

FELMOR AGATEP,

did knowingly and willfully convert to the defendant's use and the use of another, more than $1,000 of money that is, TRICARE payments for medically unnecessary prescriptions, with the intent to deprive the United States and the Defense Health Agency of the use and benefit of said money.

In violation of 18 U.S.C. §§ 641 and 2.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, at least $26,800.00 in proceeds the defendant obtained as a result of the commission of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: *Julie Hackenberry*
Julie Hackenberry
Assistant United States Attorney

By: *Simon Gaugush*
Simon A. Gaugush
Assistant United States Attorney
Deputy Chief, Criminal Division